442 A.2d 334

Bernstein, Appellant v. Bernstein.

Submitted June 12, 1980. A. Martin Herring, for appellant; Peter Bowers, for appellee.

Before WICKERSHAM, WATKINS and LIPEZ, JJ.

Order of court affirmed.

442 A.2d 334

Christine, Appellant v. Christine.

Argued September 23, 1981. P. Nelson Alexander, for appellant; Michael J. Brillhart, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

Decree affirmed.